◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JON SILVERS, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted *(see, People v Crawford,* 71 AD2d 38). (Appeal from judgment of Ontario County Court, Henry, J.—criminal sale of controlled substance, third degree.) Present—Dillon, P. J., Denman, Green, Pine and Lowery, JJ.